and *Messrs. Sewall Key, Arnold Raum,* and *Ellis N. Slack* for the United States.

No. 1097. WALLER *v.* YOUELL, SUPERINTENDENT. May 4, 1942. The motion for leave to proceed on the type-written record is granted. The petition for writ of cer-tiorari to the Supreme Court of Appeals of Virginia is denied. *Messrs. John F. Finerty, Thomas H. Stone,* and *Morris Shapiro* for petitioner. *Mr. Abram P. Staples,* Attorney General of Virginia, for respondent. *Mr. Thur-good Marshall* filed a brief on behalf of the American Civil Liberties Union, as *amicus curiae,* in support of petitioner.

No. 923. PHILLIPS PIPE LINE Co. *v.* UNITED STATES. May 4, 1942. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Howard C. Westwood, H. D. Emery, Rayburn L. Foster,* and *Dwight Taylor* for peti-tioner. *Solicitor General Fahy, Assistant Attorney Gen-eral Clark,* and *Mr. Sewall Key* for the United States.

No. 1091. NATIONAL MANUFACTURE & STORES CORP. *v.* ALLEN, COLLECTOR OF INTERNAL REVENUE. May 4, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. M. E. Kilpatric* and *Welborn B. Cody* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Arthur A. Armstrong* for re-spondent.

No. 1092. CITY OF OAKLAND *v.* UNITED STATES. May 4, 1942. Petition for writ of certiorari to the Circuit Court